**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 30, 2020

**Before**

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 17-1883

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA AND KENTUCKY, INC., <br> *Plaintiff-Appellee*, | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| *v.* | No. 1:16-cv-01807-TWP-DML |
| COMMISSIONER OF THE INDIANA DEPARTMENT OF HEALTH, in his official capacity, et al., <br> *Defendants-Appellants.* | Tanya Walton Pratt <br> *Judge.* |

**O R D E R**

On July 2, 2020, the United States Supreme Court granted defendants' petition for a writ of certiorari, and vacated the decision of this Court and remanded the case to this Court for further consideration in light of *June Medical Services, L.L.C. v. Russo*, 140 S. Ct. 2103 (2020). *Box v. Planned Parenthood of Indiana and Kentucky, Inc.*, No. 18-1019, 2020 WL 3578669 (July 2, 2020). In light of the parties' joint Rule 54 statement requesting that we return this case to the district court, we remand to effectuate the parties' agreement.

It is so ordered.